01
02
03
04
05

06          UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON
07                    AT SEATTLE

08 | FAVIO HERNANDEZ GUZMAN,           )
                                       )  CASE NO. C14-541-RSM-MAT
09 |      Petitioner,                  )
                                       )
10 |   v.                              )  REPORT AND RECOMMENDATION
                                       )
11 | ERIC H. HOLDER,                   )
                                       )
12 |      Respondent.                  )
   |_____)
13

14      Petitioner has been detained at the Northwest Detention Center in Tacoma for nearly a

15 year. Proceeding *pro se*, he seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241,

16 alleging that he has not been given an appropriate bond hearing. Dkt. 1. Respondent agrees

17 and has moved the Court for an order directing the Executive Office for Immigration Review

18 ("EOIR") to hold a bond hearing for petitioner pursuant to 8 U.S.C. § 1226(a). Dkt. 7.

19      Based on the foregoing, the Court recommends entering an Order (1) granting

20 petitioner's habeas petition, Dkt. 1; (2) granting respondent's motion to remand, Dkt. 7; and (3)

21 ordering the EOIR to hold a bond hearing for petitioner pursuant to § 1226(a) no later than 30

22 days from the date the Court adopts this Report and Recommendation. A proposed order

REPORT AND RECOMMENDATION -1

01  accompanies this Report and Recommendation.

02  The Clerk should note this matter for June 17, 2014, as ready for the Honorable Ricardo

03  S. Martinez's consideration.

04  DATED this 17th day of June, 2014.

05

06  /s/ Mary Alice Theiler
    Mary Alice Theiler
07  Chief United States Magistrate Judge

REPORT AND RECOMMENDATION -2