UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FAVIO HERNANDEZ GUZMAN,

    Petitioner,

v.

ERIC H. HOLDER,

    Respondent.

CASE NO. C14-0541-RSM

ORDER GRANTING PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;

2. Petitioner's habeas petition, Dkt. 1, is GRANTED;

3. Respondent's motion to remand, Dkt. 7, is GRANTED;

4. The Executive Office for Immigration Review shall hold a bond hearing for petitioner under 8 U.S.C. § 1226(a) no later than thirty (30) days from the date of this Order; and

ORDER OF DISMISSAL
PAGE -1

5. The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

DATED this 30 day of June 2014.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
PAGE -2